# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Mahoney, Margaret A. | Southern District of AL Mobile | 05/13/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2012<br>to<br>12/31/2012 |

**7. Chambers or Office Address**

U.S. Bankruptcy Court
201 St. Louis St.
Mobile, Al 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Associate Editor - Collier on Bankruptcy | Collier |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2012 | Collier on Bankruptcy | $1,360.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | Pension from Colgate-Palmolive Company-AXA Equitable |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 02/19-21/2012 | Atlanta, GA | Speaker at Seminar | Transportation, Meals, Lodging |
| 2. | American Bankruptcy Institute | 03/14-18/2012 | Malibu, CA | Speaker at Educational Seminar | Transportation, Meals, Lodging |
| 3. | Southeastern Bankruptcy Law Institute | 03/21-24/2012 | Atlanta, GA | Speaker at Seminar | Transportation, Meals, Lodging |
| 4. | George Mason University | 04/22-24/2012 | Fairfax, VA | Attend Seminar | Transportation, Meals, Lodging |
| 5. | Nat'l Assoc. of Consumer Bankruptcy Attorneys | 04/26-30/2012 | San Antonio, TX | Speaker at Seminar | Transportation, Meals, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Mahoney, Margaret A.** | 05/13/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | American Law Institute | 05/02-04/2012 | New Orleans, LA | Speaker at Seminar | Transportation, Meals, Lodging |
| 7. | Alabama State Bar | 06/08-09/2012 | Destin, FL | Speaker at Seminar | Transportation, Meals, Lodging |
| 8. | Nat'l Assoc. of Chapter 13 Trustees | 07/09-11/2012 | New Orleans, LA | Speaker at Conference | Transportation, Meals, Lodging |
| 9. | American Law Institute | 07/18-20/2012 | San Francisco, CA | Speaker at Seminar | Transportation, Meals, Lodging |
| 10. | American Bankruptcy Institute | 07/25-28/2012 | Amelia Island, FL | Speaker at Seminar | Transportation, Meals, Lodging |
| 11. | Texas State Bar | 09/12-14/2012 | Houston, TX | Speaker at Seminar | Transporation, Meals, Lodging |
| 12. | Cumberland School of Law | 10/05/2012 | Birmingham, AL | Speaker at Educational Seminar | Transportation, Meals |
| 13. | Advanced Consumer Baniruptcy Practice Institute | 10/07-09/2012 | Pittsburgh, PA | Speaker at Seminar | Transportation, Meals, Lodging |
| 14. | Nat'l Conference of Bankruptcy Judges | 10/23-26/2012 | San Diego, CA | Attend Conference | Transportation, Meals, Lodging |
| 15. | George Mason University | 11/11-13-2012 | Fairfax, VA | Speaker at Seminar | Transportation, Meals, Lodging |
| 16. | University of Alabama School of Law | 11/16/2012 | Birmingham, AL | Speaker at Educational Seminar | Transporation, Meals |
| 17. | George Mason University | 12/01-07/2012 | Miami, FL | Speaker at Educational Seminar | Transporation, Meals |
| 18. | | | | | |
| 19. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | U.S. Dept. of Education | Student loan for son | L |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. PNC Bank f/k/a RBC Bank | A | Interest | J | T | | | | | |
| 2. Principal Mutual Life - cash value | B | Dividend | J | T | | | | | |
| 3. Northwestern Mutual Life - cash value | B | Dividend | K | T | | | | | |
| 4. New York Life - cash value (X) | D | Distribution | | | Expired | 12/31/12 | J | A | |
| 5. Centennial Money Market n/k/a RW Baird Money Market Fund | A | Interest | J | T | | | | | |
| 6. Great Hall Investment Funds n/k/a Prime Money Market Fund | A | Interest | J | T | | | | | |
| 7. African Queen Mines | | None | J | T | | | | | |
| 8. Apple Inc. | | None | | | Buy | 09/24/12 | J | | |
| 9. | | | | | Sold | 09/24/12 | J | A | |
| 10. Atac Resources | | None | | | Sold | 02/29/12 | J | A | |
| 11. Aurizon Mines | | None | J | T | | | | | |
| 12. Avion Gold merged with Endeavour Mining | | None | K | T | | | | | |
| 13. ░░░ Bal Ipath DJ UBS Cotton | | None | | | Buy | 01/09/12 | J | | |
| 14. | | | | | Sold | 06/18/12 | J | A | |
| 15. Bayfield Ventures | | None | J | T | | | | | |
| 16. Bravada Gold n/k/a Homestead Gold | | None | J | T | | | | | |
| 17. CBM Asia Development | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Duma Energy | | None | J | T | Buy | 04/15/12 | J | | |
| 19. Eagle Plains Resources | | None | J | T | Buy | 01/03/12 | J | | |
| 20. East Maine Resources | | None | J | T | | | | | |
| 21. ECU Silver | | None | | | Sold | 10/12/12 | J | A | |
| 22. El Dorado Gold Corp. | | None | J | T | Buy | 04/09/12 | J | | |
| 23. | | | | | Sold (part) | 04/09/12 | J | A | |
| 24. | | | | | Sold (part) | 11/14/12 | J | A | |
| 25. ▨ - El Dorado Gold | | None | | | Buy | 02/22/12 | J | | |
| 26. | | | | | Sold | 04/16/12 | J | A | |
| 27. Entree Gold | | None | J | T | | | | | |
| 28. Endeavour Silver | | None | J | T | Buy | 12/05/12 | J | | |
| 29. Everton Resources | | None | J | T | | | | | |
| 30. Evolving Gold | | None | J | T | | | | | |
| 31. ▨ - XOM Exxon Mobil Corp | | None | | | Buy | 02/27/12 | J | | |
| 32. | | | | | Sold | 04/23/12 | J | A | |
| 33. Fire River Gold | | None | J | T | | | | | |
| 34. Fortuna Silver | | None | J | T | Buy | 10/31/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Full Metal Minerals | | None | J | T | | | | | |
| 36. Full Metal Zinc | | None | J | T | | | | | |
| 37. Garibaldi Resources | | None | J | T | | | | | |
| 38. Gold Bullion Development | | None | J | T | | | | | |
| 39. Gold Group Mining n/k/a U.S. Gold Corp. | | None | J | T | | | | | |
| 40. Golden Queen | | None | J | T | Sold (part) | 11/14/12 | J | A | |
| 41. Great Panther Silver | | None | J | T | Sold (part) | 11/14/12 | J | A | |
| 42. Homestake Resource | | None | J | T | | | | | |
| 43. Impact Silver | | None | J | T | Sold (part) | 11/14/12 | J | A | |
| 44. IShares | | None | | | Buy | 01/27/12 | J | | |
| 45. | | | | | Buy (add'l) | 01/30/12 | J | | |
| 46. | | | | | Sold | 01/30/12 | J | A | |
| 47. | | | | | Buy | 09/07/12 | J | | |
| 48. | | | | | Sold (part) | 09/07/12 | J | A | |
| 49. | | | | | Sold | 09/10/12 | J | A | |
| 50. JNR Resources n/k/a Denison Mines | | None | J | T | | | | | |
| 51. L13 Energy | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lincoln Mining | | None | J | T | Buy | 01/31/12 | J | | |
| 53. Mag Silver | | None | | | Sold (part) | 03/02/12 | J | A | |
| 54. | | | | | Sold (part) | 04/03/12 | J | A | |
| 55. | | | | | Sold | 04/04/12 | J | A | |
| 56. Market Vectors Gold Miners | | None | | | Buy | 02/07/12 | J | | |
| 57. | | | | | Sold | 02/09/12 | J | A | |
| 58. | | | | | Buy | 02/10/12 | J | | |
| 59. | | | | | Sold | 02/10/12 | J | A | |
| 60. McEwen Mining | | None | K | T | Sold (part) | 01/20/12 | J | A | |
| 61. | | | | | Sold (part) | 01/30/12 | J | A | |
| 62. | | | | | Sold (part) | 02/29/12 | J | A | |
| 63. | | | | | Sold (part) | 11/12/12 | J | A | |
| 64. | | | | | Sold (part) | 11/14/12 | J | A | |
| 65. Moneta Porcupine Mines | | None | J | T | Buy | 11/21/12 | J | | |
| 66. Netco Silver | | None | J | T | Buy | 05/23/12 | J | | |
| 67. Nevada Exploration | | None | J | T | Sold (part) | 11/14/12 | J | A | |
| 68. New Gold | | None | J | T | Sold (part) | 11/12/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 11/14/12 | J | A | |
| 70. Olivut Resources | | None | J | T | | | | | |
| 71. Otis Gold | | None | J | T | | | | | |
| 72. Panterra Gold | | None | J | T | Sold (part) | 05/03/12 | J | A | |
| 73. Passport Potash | | None | J | T | | | | | |
| 74. Powershares DB Gold Double Long | | None | | | Buy | 02/14/12 | J | | |
| 75. | | | J | T | Sold (part) | 02/29/12 | J | A | |
| 76. Powershares QQQ - 10 calls | | None | | | Buy | 11/16/12 | J | | |
| 77. | | | | | Sold | 11/27/12 | J | A | |
| 78. Premier Gold | | None | J | T | | | | | |
| 79. Proshares Ultrashort Barclays 20-year Treasury ETF | | None | | | Buy | 01/23/12 | J | | |
| 80. | | | | | Sold | 03/21/12 | J | A | |
| 81. Proshares Ultrashort S&P - 15 calls | | None | | | Buy | 03/22/12 | J | | |
| 82. | | | | | Sold | 04/05/12 | J | A | |
| 83. Proshares Ultra Silver | | None | J | T | Buy | 02/15/12 | J | | |
| 84. | | | | | Sold | 02/29/12 | J | A | |
| 85. | | | | | Buy | 05/01/12 | J | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
(See Column C2)  U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 05/29/12 | J | A | |
| 87. | | | | | Buy (add'l) | 05/03/12 | J | | |
| 88. | | | | | Sold (part) | 04/05/12 | J | A | |
| 89. | | | | | Sold (part) | 05/18/12 | J | A | |
| 90. | | | | | Sold (part) | 07/23/12 | J | A | |
| 91. Proshares Tr Ultrahsort QQQ | None | | | | Buy | 03/22/12 | J | | |
| 92. | | | | | Sold | 05/18/12 | J | A | |
| 93. Radius Gold | None | | J | T | | | | | |
| 94. Rackla Metals Inc | None | | J | T | | | | | |
| 95. Ryan Gold | None | | J | T | Buy | 01/13/12 | J | | |
| 96. | | | | | Buy (add'l) | 01/17/12 | J | | |
| 97. S&P 500 Index ▓▓▓ | None | | | | Buy | 12/07/12 | J | | |
| 98. | | | | | Sold | 12/27/12 | J | A | |
| 99. Silver Dragon | None | | J | T | | | | | |
| 100. Silver Wheaton | None | | J | T | Buy | 03/23/12 | J | | |
| 101. | | | | | Sold (part) | 03/26/12 | J | A | |
| 102. | | | | | Sold (part) | 11/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  SPDR DJIA Trust | | None | | | Buy | 01/13/12 | J | | |
| 104. | | | | | Sold (part) | 01/12/12 | J | A | |
| 105. | | | | | Sold | 01/13/12 | J | A | |
| 106.  SPY S&P Depository - | | None | | | Buy | 12/17/12 | J | | |
| 107. | | | | | Sold | 12/21/12 | J | A | |
| 108.  SPDR S&P 500 ETF Trust | | None | | | Buy | 04/12/12 | J | | |
| 109. | | | | | Sold | 04/12/12 | J | A | |
| 110. | | | | | Sold | 12/21/12 | J | A | |
| 111.  Strategic American Oil Corp. | | None | J | T | Buy | 03/07/12 | J | | |
| 112.  Tanzanian Royalty Exploration | | None | J | T | Sold (part) | 04/05/12 | J | A | |
| 113.  Transtlantic Petroleum | | None | J | T | | | | | |
| 114.  Transmeridian Exploration | | None | | | Sold | 03/08/12 | J | A | |
| 115.  VMS Ventures | | None | J | T | | | | | |
| 116.    GDX 22 Sep12 | | None | | | Buy | 09/18/12 | J | | |
| 117. | | | | | Sold | 09/20/12 | J | A | |
| 118.    GDX 22 Sep12 | | None | | | Buy | 09/20/12 | J | | |
| 119. | | | | | Sold | 09/20/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.   GDX 23 Mar12 | | None | | | Buy | 03/16/12 | J | | |
| 121. | | | | | Sold | 03/16/12 | J | A | |
| 122.   GDX 23 Mar12 | | None | | | Buy | 03/19/12 | J | | |
| 123. | | | | | Sold | 03/22/12 | J | A | |
| 124.   GDX 27 Jan12 | | None | | | Buy | 01/26/12 | J | | |
| 125. | | | | | Sold | 01/26/12 | J | A | |
| 126   GDX 31 Aug12 | | None | | | Buy | 08/28/12 | J | | |
| 127. | | | | | Sold | 08/28/12 | J | A | |
| 128.   GDXJ 17 Nov12 | | None | | | Buy | 11/14/12 | J | | |
| 129. | | | | | Sold | 11/16/12 | J | A | |
| 130.   GDXJ 22 Dec12 | | None | | | Buy | 11/09/12 | J | | |
| 131. | | | | | Sold | 11/14/12 | J | A | |
| 132.   GDXJ 22 Dec12 | | None | | | Buy | 11/06/12 | J | | |
| 133. | | | | | Sold | 11/14/12 | J | A | |
| 134.   GG 16 Jun12 | | None | | | Buy | 06/13/12 | J | | |
| 135. | | | | | Sold | 06/13/12 | J | A | |
| 136.   GG 17 Mar12 | | None | | | Buy | 02/01/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. | | | | | Sold | 02/03/12 | J | A | |
| 138.   GG 18 Aug12 | | None | | | Buy | 07/06/12 | J | | |
| 139. | | | | | Sold | 07/06/12 | J | A | |
| 140.   GG 19 May12 | | None | | | Buy | 03/23/12 | J | | |
| 141. | | | | | Sold | 03/26/12 | J | A | |
| 142.   GG 21 Apr12 | | None | | | Buy | 02/27/12 | J | | |
| 143. | | | | | Sold | 02/27/12 | J | A | |
| 144.   GG 21 Jul12 | | None | | | Buy | 06/07/12 | J | | |
| 145. | | | | | Sold | 06/21/12 | J | A | |
| 146.   GLD 17 Mar12 | | None | | | Buy | 01/19/12 | J | | |
| 147. | | | | | Sold | 01/26/12 | J | A | |
| 148   GLD 17 Mar12 | | None | | | Buy | 03/13/12 | J | | |
| 149. | | | | | Sold | 03/13/12 | J | A | |
| 150.   GLD 17 Mar12 | | None | | | Buy | 02/06/12 | J | | |
| 151. | | | | | Sold | 02/10/12 | J | A | |
| 152.   GLD 17 Mar12 | | None | | | Buy | 01/31/12 | J | | |
| 153. | | | | | Sold | 02/03/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.   GLD 18 Aug12 | | None | | | Buy | 07/27/12 | J | | |
| 155. | | | | | Sold | 07/31/12 | J | A | |
| 156.   GLD 18 Feb12 | | None | | | Buy | 01/13/12 | J | | |
| 157. | | | | | Sold | 01/19/12 | J | A | |
| 158.   GLD 18 Feb12 | | None | | | Buy | 01/20/12 | J | | |
| 159. | | | | | Sold | 01/26/12 | J | A | |
| 160.   GLD 19 Jan13 | | None | | | Buy | 12/03/12 | J | | |
| 161. | | | | | Sold | 12/07/12 | J | A | |
| 162.   GLD 21 Apr12 | | None | J | T | Buy | 02/21/12 | J | | |
| 163. . | | None | | | Sold | 02/29/12 | J | A | |
| 164. | | | | | Buy (add'l) | 04/04/12 | J | | |
| 165. | | | | | Sold | 04/05/12 | J | A | |
| 166. | | | | | Buy (add'l) | 04/10/12 | J | | |
| 167. | | | | | Sold | 04/16/12 | J | A | Sold all calls/shares |
| 168.   GLD 24 Feb12 | | None | | | Buy | 02/23/12 | J | | |
| 169. | | | | | Sold | 02/23/12 | J | A | |
| 170.   IAG 17 Mar12 | | None | | | Buy | 01/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 01/31/12 | J | A | |
| 172. ▨ QQQ 17 Mar12 | | None | | | Buy | 01/23/12 | J | | |
| 173. | | | | | Sold | 01/26/12 | J | A | |
| 174. ▨ QQQ 17 Mar12 | | None | | | Buy | 03/08/12 | J | | |
| 175. | | | | | Sold | 03/09/12 | J | A | |
| 176. ▨ QQQ 19 Jan13 | | None | | | Buy | 12/06/12 | J | | |
| 177. | | | | | Sold | 12/07/12 | J | A | |
| 178 ▨ QQQ 19 Jan13 | | None | | | Buy | 12/07/12 | J | | |
| 179. | | | | | Sold | 12/07/12 | J | A | |
| 180. ▨ QQQ 19 Jan13 | | None | | | Buy | 12/01/12 | J | | |
| 181. | | | | | Sold | 12/03/12 | J | A | |
| 182. ▨ QQQ 21 Apr12 | | None | | | Buy | 04/11/12 | J | | |
| 183. | | | | | Sold | 04/12/12 | J | A | |
| 184. ▨ QQQ 21 Apr12 | | None | | | Buy | 04/13/12 | J | | |
| 185. | | | | | Sold | 04/17/12 | J | A | |
| 186. ▨ QQQ 22 Sep12 | | None | | | Buy | 09/14/12 | J | | |
| 187. | | | | | Sold | 09/14/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. QQQ 30 Nov12 | | None | | | Buy | 11/16/12 | J | | |
| 189. | | | | | Sold | 11/19/12 | J | A | |
| 190. QQQ 30 Nov12 | | None | | | Buy | 11/20/12 | J | | |
| 191. | | | | | Sold | 11/20/12 | J | A | |
| 192. SLV 17 Mar12 | | None | | | Buy | 01/13/12 | J | | |
| 193. | | | | | Sold | 01/26/12 | J | A | |
| 194. SLV 17 Mar12 | | None | | | Buy | 01/17/12 | J | | |
| 195. | | | | | Sold | 01/26/12 | J | A | |
| 196. SLV 17 mar12 | | None | | | Buy | 02/07/12 | J | | |
| 197. | | | | | Sold | 02/10/12 | J | A | |
| 198. SLV 17 Mar12 | | None | | | Buy | 02/02/12 | J | | |
| 199. | | | | | Sold | 02/03/12 | J | A | |
| 200. SLV 17 Nov12 | | None | | | Buy | 10/15/12 | J | | |
| 201. | | | | | Sold | 10/15/12 | J | A | |
| 202. SLV 17 Nov12 | | None | | | Buy | 10/08/12 | J | | |
| 203. | | | | | Sold | 10/15/12 | J | A | |
| 204. SLV 18 Aug12 | | None | | | Buy | 06/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold | 06/28/12 | J | A | |
| 206. SLV 18 Feb12 | | None | | | Buy | 01/23/12 | J | | |
| 207. | | | | | Sold | 01/23/12 | J | A | |
| 208. slv 18 fEB12 | | None | | | Buy | 01/18/12 | J | | |
| 209. | | | | | Sold | 01/23/12 | J | A | |
| 210. SLV 19 Jan13 | | None | | | Buy | 11/28/12 | J | | |
| 211. | | | | | Sold | 11/30/12 | J | A | |
| 212. SLV 19 May12 | | None | | | Buy | 04/10/12 | J | | |
| 213. | | | | | Sold | 04/16/12 | J | A | |
| 214. SLV 19 May12 | | None | | | Buy | 04/17/12 | J | | |
| 215. | | | | | Sold | 04/17/12 | J | A | |
| 216. SLV 20 Oct12 | | None | | | Buy | 09/06/12 | J | | |
| 217. | | | | | Sold | 09/06/12 | J | A | |
| 218. SLV 20 Oct12 | | None | | | Buy | 08/20/12 | J | | |
| 219. | | | | | Sold | 09/06/12 | J | A | |
| 220. SLV 21 Apr12 | | None | | | Buy | 04/01/12 | J | | |
| 221. | | | | | Sold | 04/02/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. SLV 21 Apr12 | | None | | | Buy | 03/09/12 | J | | |
| 223. | | | | | Sold | 03/09/12 | J | A | |
| 224. SLV 21 Apr12 | | None | | | Buy | 02/07/12 | J | | |
| 225. | | | | | Sold | 02/09/12 | J | A | |
| 226. SLV 21 Apr12 | | None | | | Buy | 02/22/12 | J | | |
| 227. | | | | | Sold | 02/29/12 | J | A | |
| 228. SLV 21 Apr12 | | None | | | Buy | 02/21/12 | J | | |
| 229. | | | | | Sold | 02/29/12 | J | A | |
| 230. SLV 21 Apr12 | | None | | | Buy | 03/01/12 | J | | |
| 231. | | | | | Sold | 03/02/12 | J | A | |
| 232. SLV 21 Jul12 | | None | | | Buy | 06/27/12 | J | | |
| 233. | | | | | Sold | 06/27/12 | J | A | |
| 234. SLV 21 Jul12 | | None | | | Buy | 06/29/12 | J | | |
| 235. | | | | | Sold | 07/06/12 | J | A | |
| 236. SLV 22 Dec12 | | None | | | Buy | 11/01/12 | J | | |
| 237. | | | | | Sold | 11/01/12 | J | A | |
| 238. SLV 22 Dec12 | | None | | | Buy | 11/14/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 11/14/12 | J | A | |
| 240.  SLV 22 Dec12 | | None | | | Buy | 11/15/12 | J | | |
| 241. | | | | | Sold | 11/16/12 | J | A | |
| 242.  SLV 22 Dec12 | | None | | | Buy | 10/17/12 | J | | |
| 243. | | | | | Sold | 10/18/12 | J | A | |
| 244.  SLV 27 Jul12 | | None | | | Buy | 07/23/12 | J | | |
| 245. | | | | | Sold | 07/23/12 | J | A | |
| 246.  SLW 01 Jun12 | | None | | | Buy | 05/29/12 | J | | |
| 247. | | | | | Sold | 05/29/12 | J | A | |
| 248.  SLW 09 Mar12 | | None | | | Buy | 03/08/12 | J | | |
| 249. | | | | | Sold | 03/08/12 | J | A | |
| 250.  SLW 13 Apr12 | | None | | | Buy | 04/09/12 | J | | |
| 251. | | | | | Sold | 04/10/12 | J | A | |
| 252.  SLW 13 Apr12 | | None | | | Buy | 04/05/12 | J | | |
| 253. | | | | | Sold | 04/05/12 | J | A | |
| 254.  SLW 16 Jun12 | | None | | | Buy | 05/25/12 | J | | |
| 255. | | | | | Sold | 05/29/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 20 of 32

Name of Person Reporting

Mahoney, Margaret A.

Date of Report

05/13/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. ▨ SLW 16 Jun12 | | None | | | Buy | 05/07/12 | J | | |
| 257. | | | | | Sold | 05/08/12 | J | A | |
| 258. ▨ SLW 17 Mar12 | | None | | | Buy | 01/11/12 | J | | |
| 259. | | | | | Sold | 01/13/12 | J | A | |
| 260. ▨ SLW Mar12 | | None | | | Buy | 02/16/12 | J | | |
| 261. | | | | | Sold | 02/23/12 | J | A | |
| 262. ▨ slw 17 mAR12 | | None | | | Buy | 03/06/12 | J | | |
| 263. | | | | | Sold | 03/08/12 | J | A | |
| 264. ▨ SLW 17 Mar12 | | None | | | Buy | 02/03/12 | J | | |
| 265. | | | | | Sold | 02/03/12 | J | A | |
| 266. ▨ SLW 17 Nov12 | | None | | | Buy | 10/17/12 | J | | |
| 267. | | | | | Sold | 10/18/12 | J | A | |
| 268. ▨ SLW 17 Nov12 | | None | | | Buy | 10/22/12 | J | | |
| 269. | | | | | Sold | 10/24/12 | J | A | |
| 270. ▨ SLW 18 Aug12 | | None | | | Buy | 07/30/12 | J | | |
| 271. | | | | | Sold | 07/30/12 | J | A | |
| 272. ▨ SLW 18 Aug12 | | None | | | Buy | 07/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Sold | 07/30/12 | J | A | |
| 274. ▢ SLW 18 Aug12 | | None | | | Buy | 08/02/12 | J | | |
| 275. | | | | | Sold | 08/09/12 | J | A | |
| 276. ▢ SLW 19 Jan13 | | None | | | Buy | 11/30/12 | J | | |
| 277. | | | | | Sold | 12/06/12 | J | A | |
| 278. ▢ SLW 19 Jan13 | | None | | | Buy | 12/13/12 | J | | |
| 279. | | | | | Sold | 12/14/12 | J | A | |
| 280. ▢ SLW 19 Jan13 | | None | | | Buy | 12/13/12 | J | | |
| 281. | | | | | Sold | 12/18/12 | J | A | |
| 282. ▢ SLW 19 Jan13 | | None | | | Buy | 10/31/12 | J | | |
| 283. | | | | | Sold | 11/01/12 | J | A | |
| 284. ▢ SLW 19 May12 | | None | | | Buy | 04/30/12 | J | | |
| 285. | | | | | Sold | 05/01/12 | J | A | |
| 286. ▢ SLW 21 Apr12 | | None | | | Buy | 03/23/12 | J | | |
| 287. | | | | | Sold | 03/23/12 | J | A | |
| 288. ▢ SLW 21 Apr12 | | None | | | Buy | 03/28/12 | J | | |
| 289. | | | | | Sold | 03/28/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. SLW 21 Jul12 | | None | | | Buy | 07/02/12 | J | | |
| 291. | | | | | Sold | 07/03/12 | J | A | |
| 292. SLW 21 Jul12 | | None | | | Buy | 07/02/12 | J | | |
| 293. | | | | | Sold | 07/06/12 | J | A | |
| 294. SLW 21 Jul12 | | None | | | Buy | 07/05/12 | J | | |
| 295. | | | | | Sold | 07/05/12 | J | A | |
| 296. SLW 22 Dec12 | | None | | | Buy | 11/16/12 | J | | |
| 297. | | | | | Sold | 11/19/12 | J | A | |
| 298. SLW 22 Dec12 | | None | | | Buy | 10/24/12 | J | | |
| 299. | | | | | Sold | 10/24/12 | J | A | |
| 300. SLW 22 Dec12 | | None | | | Buy | 10/04/12 | J | | |
| 301. | | | | | Sold | 10/05/12 | J | A | |
| 302. SLW 22 Dec12 | | None | | | Buy | 11/06/12 | J | | |
| 303. | | | | | Sold | 11/14/12 | J | A | |
| 304. SLW 22 Dec12 | | None | | | Buy | 11/01/12 | J | | |
| 305. | | | | | Sold | 11/14/12 | J | A | |
| 306. SLW 22 Sep12 | | None | | | Buy | 08/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 08/07/12 | J | A | |
| 308. ░ SLW 30 Mar12 | | None | | | Buy | 03/29/12 | J | | |
| 309. | | | | | Sold | 03/29/12 | J | A | |
| 310. ░ SPY 05 Apr12 | | None | | | Buy | 04/03/12 | J | | |
| 311. | | | | | Sold | 04/03/12 | J | A | |
| 312. ░ SPY 07 Sep12 | | None | | | Buy | 09/04/12 | J | | |
| 313. | | | | | Sold | 09/04/12 | J | A | |
| 314. ░ SPY 08 Jun12 | | None | | | Buy | 06/06/12 | J | | |
| 315. | | | | | Sold | 06/06/12 | J | A | |
| 316. ░ SPY 08 Jun12 | | None | | | Buy | 06/07/12 | J | | |
| 317. | | | | | Sold | 06/07/12 | J | A | |
| 318. ░ SPY 09 Nov12 | | None | | | Buy | 11/08/12 | J | | |
| 319. | | | | | Sold | 11/08/12 | J | A | |
| 320. ░ SPY 10 Aug12 | | None | | | Buy | 08/08/12 | J | | |
| 321. | | | | | Sold | 08/08/12 | J | A | |
| 322. ░ SPY 10 Aug12 | | None | | | Buy | 08/07/12 | J | | |
| 323. | | | | | Sold | 08/07/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. ▮ SPY 10 Aug12 | | None | | | Buy | 08/07/12 | J | | |
| 325. | | | | | Sold | 08/08/12 | J | A | |
| 326. ▮ SPY 13 Apr12 | | None | | | Buy | 04/10/12 | J | | |
| 327. | | | | | Sold | 04/11/12 | J | A | |
| 328. ▮ SOY 13 Jul12 | | None | | | Buy | 07/06/12 | J | | |
| 329. | | | | | Sold | 07/06/12 | J | A | |
| 330. ▮ SOY 14 Sep12 | | None | | | Buy | 09/11/12 | J | | |
| 331. | | | | | Sold | 09/12/12 | J | A | |
| 332. ▮ SPY 16 Jun12 | | None | | | Buy | 06/12/12 | J | | |
| 333. | | | | | Sold | 06/12/12 | J | A | |
| 334. ▮ SPY 16 Jun12 | | None | | | Buy | 05/15/12 | J | | |
| 335. | | | | | Sold | 05/15/12 | J | A | |
| 336. ▮ SPY 18 Aug12 | | None | | | Buy | 08/07/12 | J | | |
| 337. | | | | | Sold | 08/08/12 | J | A | |
| 338. ▮ SPY 19 Jan13 | | None | | | Buy | 11/28/12 | J | | |
| 339. | | | | | Sold | 11/28/12 | J | A | |
| 340. ▮ SPY 19 May12 | | None | | | Buy | 05/07/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold | 05/08/12 | J | A | |
| 342. SPY 20 Oct12 | | None | | | Buy | 10/01/12 | J | | |
| 343. | | | | | Sold | 10/02/12 | J | A | |
| 344. SPY 21 Apr12 | | None | | | Buy | 03/22/12 | J | | |
| 345. | | | | | Sold | 03/23/12 | J | A | |
| 346. SPY 21 Apr12 | | None | | | Buy | 03/22/12 | J | | |
| 347. | | | | | Sold | 03/22/12 | J | A | |
| 348. SPY 21 Apr12 | | None | | | Buy | 04/04/12 | J | | |
| 349. | | | | | Sold | 04/05/12 | J | A | |
| 350. SPY 21 Apr12 | | None | | | Buy | 04/17/12 | J | | |
| 351. | | | | | Sold | 04/17/12 | J | A | |
| 352. SPY 21 Jul12 | | None | | | Buy | 07/12/12 | J | | |
| 353. | | | | | Sold | 07/12/12 | J | A | |
| 354. SPY 24 Aug12 | | None | | | Buy | 08/21/12 | J | | |
| 355. | | | | | Sold | 08/21/12 | J | A | |
| 356. SPY 24 Aug12 | | None | | | Buy | 08/20/12 | J | | |
| 357. | | | | | Sold | 08/21/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. SPY 24 Aug12 | | None | | | Buy | 08/20/12 | J | | |
| 359. | | | | | Sold | 08/20/12 | J | A | |
| 360. SPY 25 May12 | | None | | | Buy | 05/17/12 | J | | |
| 361. | | | | | Sold | 05/17/12 | J | A | |
| 362. SPY 30 Mar12 | | None | | | Buy | 03/09/12 | J | | |
| 363. | | | | | Sold | 03/09/12 | J | A | |
| 364. SPY 30 Mar12 | | None | | | Buy | 03/09/12 | J | | |
| 365. | | | | | Sold | 03/12/12 | J | A | |
| 366. SPY 30 Mar12 | | None | | | Buy | 03/26/12 | J | | |
| 367. | | | | | Sold | 03/28/12 | J | A | |
| 368. SPY 31 Aug12 | | None | | | Buy | 08/27/12 | J | | |
| 369. | | | | | Sold | 08/27/12 | J | A | |
| 370. SPY 31 Aug12 | | None | | | Buy | 08/27/12 | J | | |
| 371. | | | | | Sold | 08/28/12 | J | A | |
| 372. TLT 14 Sep12 | | None | | | Buy | 09/07/12 | J | | |
| 373. | | | | | Sold | 09/10/12 | J | A | |
| 374. TLT 17 Mar12 | | None | | | Buy | 01/25/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Sold | 01/25/12 | J | A | |
| 376.  TLT 17 Mar12 | | None | | | Buy | 01/25/12 | J | | |
| 377. | | | | | Sold | 01/26/12 | J | A | |
| 378.  TLT 17 Mar12 | | None | | | Buy | 01/23/12 | J | | |
| 379. | | | | | Sold | 01/25/12 | J | A | |
| 380.  TLT 17 Mar12 | | None | | | Buy | 01/27/12 | J | | |
| 381. | | | | | Sold | 01/30/12 | J | A | |
| 382.  TLT 17 Nov12 | | None | | | Buy | 10/04/12 | J | | |
| 383. | | | | | Sold | 10/05/12 | J | A | |
| 384.  TLT 20 Oct12 | | None | | | Buy | 09/18/12 | J | | |
| 385. | | | | | Sold | 09/19/12 | J | A | |
| 386.  TLT 20 Oct12 | | None | | | Buy | 09/13/12 | J | | |
| 387. | | | | | Sold | 09/13/12 | J | A | |
| 388.  TLT 20 Oct12 | | None | | | Buy | 09/18/12 | J | | |
| 389. | | | | | Sold | 09/19/12 | J | A | |
| 390.  TLT 20 Oct12 | | None | | | Buy | 10/04/12 | J | | |
| 391. | | | | | Sold | 10/05/12 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. TLT 21 Apr 12 | | None | | | Buy | 02/09/12 | J | | |
| 393. | | | | | Sold | 02/09/12 | J | A | |
| 394. TLT 21 Apr12 | | None | | | Buy | 02/09/12 | J | | |
| 395. | | | | | Sold | 02/10/12 | J | A | |
| 396. TLT 21 Apr12 | | None | | | Buy | 02/17/12 | J | | |
| 397. | | | | | Sold | 02/17/12 | J | A | |
| 398 TLT 21 Jul12 | | None | | | Buy | 06/21/12 | J | | |
| 399. | | | | | Sold | 06/22/12 | J | A | |
| 400. TLT 22 Sep12 | | None | | | Buy | 08/22/12 | J | | |
| 401. | | | | | Sold | 08/22/12 | J | A | |
| 402. TLT 22 Sep12 | | None | | | Buy | 09/07/12 | J | | |
| 403. | | | | | Sold | 09/10/12 | J | A | |
| 404 TLT 28 Sep12 | | None | | | Buy | 09/15/12 | J | | |
| 405. | | | | | Sold | 09/21/12 | J | A | |
| 406. USO 17 Mar12 | | None | | | Buy | 03/06/12 | J | | |
| 407. | | | | | Sold | 03/08/12 | J | | |
| 408. USO 17 Mar12 | | None | | | Buy | 01/06/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Sold | 01/11/12 | J | A | |
| 410. ▢ USO 21 Apr12 | | None | | | Buy | 03/21/12 | J | | |
| 411. | | | | | Sold | 03/29/12 | J | A | |
| 412. ▢ USO 21 Apr12 | | None | | | Buy | 02/29/12 | J | | |
| 413. | | | | | Sold | 03/06/12 | J | A | |
| 414. ▢ USO 21 Apr12 | | None | | | Buy | 03/01/12 | J | | |
| 415. | | | | | Sold | 03/14/12 | J | A | |
| 416. ▢ USO 21 Apr12 | | None | | | Buy | 03/28/12 | J | | |
| 417. | | | | | Sold | 03/28/12 | J | A | |
| 418. ▢ USO 21 Apr12 | | None | | | Buy | 03/14/12 | J | | |
| 419. | | | | | Sold | 03/14/12 | J | A | |
| 420. ▢ USO 23 Mar12 | | None | | | Buy | 03/20/12 | J | | |
| 421. | | | | | Sold | 03/22/12 | J | A | |
| 422 ▢ XLF 17 Mar12 | | None | | | Buy | 02/01/12 | J | | |
| 423. | | | | | Sold | 02/03/12 | J | A | |
| 424. ▢ XLF 19 May12 | | None | | | Buy | 04/17/12 | J | | |
| 425. | | | | | Sold | 04/17/12 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.　XLF 19 May12 | | None | | | Buy | 04/01/12 | J | | |
| 427. | | | | | Sold | 04/17/12 | J | A | |
| 428.　XLF 21 Apr12 | | None | | | Buy | 03/27/12 | J | | |
| 429. | | | | | Sold | 03/28/12 | J | A | |
| 430.　XOM 21 Apr12 | | None | | | Buy | 02/27/12 | J | | |
| 431. | | | | | Sold | 02/29/12 | J | A | |
| 432. | | | | | | | | | |
| 433. | | | | | | | | | |
| 434. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Mahoney, Margaret A. | 05/13/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Margaret A. Mahoney**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544